# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COLLIN PIPKINS | § | |
| | § | |
| v. | § | Case No. 2:-12-CV-138-JRG-RSP |
| | § | |
| STATE FARM LLOYDS | § | |

## JUDGMENT

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on July 15, 2013 (Dkt. No. 75) recommending dismissal of Plaintiffs' claims with prejudice. No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 30th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE