IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COLLIN PIPKINS and JOYCE PIPKINS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 2:12-CV-00138-JRG-RSP |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on June 19, 2017, recommending the Court deny Plaintiff's Amended Motion for Relief Pursuant to FRCP 60(b)(6) (Dkt. No. 92). Having considered the objections filed by Plaintiff on July 3, 2017 (Dkt. No. 102), and finding them to be without sufficient merit, and after a *de novo* review, the Report and Recommendation is **ADOPTED**. It is therefore

**ORDERED** that Plaintiff's Amended Motion for Relief Pursuant to FRCP 60(b)(6) (Dkt. No. 92) is **DENIED**.

**So ORDERED and SIGNED this 10th day of July, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE