IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COLLIN PIPKINS and JOYCE PIPKINS, § § *Plaintiffs*, § § v. § § STATE FARM LLOYDS, § § *Defendant*. § | Case No. 2:12-CV-00138-JRG-RSP |

## ORDER

Plaintiff Joyce Pipkins previously filed a Motion for Judicial Recusal and Motion to Reopen Case. Dkt. No. 129. Magistrate Judge Payne entered a Report and Recommendation recommending denial of Ms. Pipkins's Motion for Judicial Recusal and Motion to Reopen Case. Dkt. No. 130. Ms. Pipkins has now filed Objections. Dkt. No. 131.

After conducting a *de novo* review of the briefing on the Motion for Judicial Recusal and Motion to Reopen Case, the Report and Recommendation, and the briefing on Ms. Pipkins's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Ms. Pipkins's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Judicial Recusal and Motion to Reopen Case (Dkt. No. 129) is **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE